# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JAMES DEVIN O'NEAL

VERSUS

U.S. DEPARTMENT OF EDUCATION, ET AL.

CIVIL ACTION

20-151-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson dated April 20, 2022, to which a *Motion for Reconsideration of Case Decision*[3] was filed which the Court treats as an *Objection* which has been duly considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiffs' claims are DISMISSED WITH PREJUDICE because Plaintiff lacks standing to proceed with them and because any further amendments by Plaintiff would be futile.

Baton Rouge, Louisiana the 18 day of May, 2022.

_____
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 6.
[2] Rec. Doc. 35.
[3] Rec. Doc. 36.